**IN THE UNITED STATES DISTRICT COURT FOR**
THE ___Middle___ **DISTRICT OF TENNESSEE**
AT ___Nashville___

RECEIVED

JUN 13 2024

US DISTRICT COURT
MID DIST TENN

David Hamilton,                                )
_____,    )
_____,    )
**PLAINTIFF,**                                    )
                                                          )
                                                          )
VS. Tennessee Department of Correction )    **CIVIL ACTION NO.**_____
Grady Perry Warden T. DOC, CCA )
James Franklin, Internal Affairs T DOC, CCA )
Corrections Corporation of America )
Captain Brown (female), T DOC, CCA )
**DEFENDANT (S)**                          )

---

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER
### 42 U.S.C. ' 1983

---

I.      Previous Lawsuits:

A.      Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES___ NO _✓_

B.      If your answer to A is "Yes"; describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:
Plaintiffs:_____
_____

Defendants:_____
_____

2. Court (if Federal Court, name the District; if State Court Name the County):
_____

3. Docket Number:_____

4. Name of Judge whom case was assigned :_____
_____

5. Disposition (for example; Was the case dismissed? Was it Appealed ? Is it still pending?)_____

6. Approximate date of filling lawsuit: _____

7. Approximate date of disposition: _____

II.    Place of Present Confinement: River Bend Maximum Security
       Institution

       A. Is there a prisoner grievance procedure in this Institution? YES √ NO___

       B. Did you present the facts relating to your complaint in the Prison Grievance
       Procedure? YES √ NO___

       C. If your answer is "YES":
          1. What steps did you take? I Filed A Grievance
          _____
          _____

          2. What was the result? It was Appealed to Warden
          then Commissioner who denied claims
          Also 2nd Grievance was Denied Advancement do
          to Prisons Failure to return in timely Manner but charges
          Against me were drop do to grievance And Additional investigation
       D. If your answer is "NO", explain why not:
       _____
       _____
       _____

III.   Parties:

       (In item A place your full name and address. Do the same for additional plaintiffs, if any.
       In item B below, place the full name of the Defendant in the blank marked B and his
       Official Position and place of Employment. Do the same for additional Defendants, if
       any).
          A. Name of Plaintiff: David Hamilton 488085
          Address: 7475 Cockrill Bend Blvd
                   Nashville, Tn 37209
          Additional Plaintiffs: _____
          _____

          B. Name of Defendant: Grady Perry (Warden)

          Address: Warden South Central Correctional Facility.

          Additional Defendants C: James Franks
          I.A./STG Officer South Central Correctional
          Facility. Additional Defendant D: Captain
          Brown (Female) South Central Correctional
          Facility: Additional Defendants: Corrections
          corporations of America. Additional Defendant:
          Tennessee Department of Corrections
          (Riverbend Maximum Security Facility)

IV.    Statement of Claim:

State here as briefly as possible the **facts** of your case. Describe how each Defendant is involved. Include also the names of other persons involved, date, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. All 3 claims set forth in chronological order

While working in the kitchen At South Central Correctional Facility I was Asked to step outside by Prison Captain Clark And the Chief of Security they Accused Me of Fitting the description of someone who'd just committed An Assault After informing them that I had been At work the whole time Captain Clark revealed I was Actually only targeted because he remembered Me From 2 year's Ago in the hole. After placing My hands on the wall Warden Grady Perry Appeared And punched Me in the back of the head causing My face to smash into the wall cut My

**Face** I Asked "what Are you doing" while still Assuming protocal with My hands on wall infront of Me the Female Captain Brown pulled out her Mace Freezetp At which point Warden Grady Perry told her "spray his Ass" which she complied, upon being hit with the highly irritant spray I flailed Around trying to breath And see And escape what seemed like escalation, I was subsequently slammed to ground beaten on My Ankle bone with

**Metal cuffs** And risk, hair pulled by Warden Grady Perry while they sprayed Mace directly in My nostril then I was taken to Medical took in An Exam room And sprayed in My Posterior by I.A. JSTG Officer James Franks while being punched in Face I recieve zero Medical

Attention As I was being Escorted to the hole I was verbally berated And spit on by Captain Brown which Along with several other officer's I cant Identify proclaimed it was For Counselor A woman whom Assaulted me March, 18, 2023 by throwing A radio through A glass window causing it to send several glass shard's into my face causing injury this is documented she quit same day without reprimand. After being striped of All My cloths I was walked to intake in nothing but underwear put on A bus And Transfered to RMSI where I immediately reportedly Physical Assault by First Warden And had injuries documented by RMSI STG Coordinator Spyers At which point I Also reported sexual Assault of having pant's yanked down And Sprayed in Posterior I was told report to nurse whom Failed to report incident period, I was then purposely because of Incident Placed in An (Hardened) Iron cell/Punishment cell witch had Feces crayed in every window of cell unable to turn off light day or night no electrical plugs, 2 flush every 30 minute 1 30 minute phone call A Month And Placed in Super max for 4 months no disciplinary period. I Also First reported (SA) to outside sexual Assault center who's At Rachel Jackson building And got street detectives involved, All this was on camera Except when they took me in the Dark Medical Exam Room And Made All the nurses step into A office until it was over

I received zero At the Hands of central correctional facility (Corporations Correction of Amarica) Nor by Riverbend maximum security facility (T DOC)

As result of this incident I have blured vision A permanent Facial scar have taken bowel Movement Aid pills For A year, host All My 17 years of personal property And Stress About sex Ass Constantly Affecting how I'm viewed As A man And treated, targeted.

V. Relief:

1. I would like to be Awarded $1million unlawful confinement, $3 million in DAMAGES • Corrections Corporation of America And Tennessee Department of Corrections For Shipping ME in Only Underwear losing All my property Failing to comply with policy pertaining to sexual Assault and Retaliation Assault.

2. 1million For being punched in the back of the head which caused My face to bash into concrete wall where I had properly placed My hands for pat down And cuffing protocol per prison policy. Which Warden Grady Perry of S.C.C.F. Perpatrated this specific Assault And Also busted my nail permanently scared my face.

3. $50,000 of 3million For being wrongfully sprayed First by Captain Brown(Female) without provocation or reason 2nd At the Direction of Warden Grady Perry of S.C.C.F An Unknown officer sprayed Mace directly up My nostrils As My neck was yank by pulling of My hair while in cuffs And having Ankles beaten with leg Irons.

4. $1 Million of $3 million for being taken into Medical exam room in dark while repeatedly being punched in face by Unknown person while James Frank I.A/STG of S.C.CF. yanked My pant's down And sprayed Mace in My posterior After that I was spit by Captain brown of SCCF stripped of All my cloths and sent in nothing but boxers to RMSI

5. $500,000 For RMSI(TDOC)Nurse For Failure to report (PREA)upon Arrival nor report Assault Period, Also For RMSI(TDOC)Retaliatory Actions upon Arrival Placing ME in A Punishment cell/Hardened Cell over boding's without disciplinary yet Still For over 4 months. I was housed with supermax inmates And treated As Such Hardened Cell had human Feces All over it max inmate throwing poop on ME.

I (We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge and belief.

Signed this _____MAY_____ day of _____28_____ ,2024.

David Hamilton
RMSI
7475 Cockrill bend blvd
Nashville, Tn 37209

(Signature and address of Plaintiff (s))

# IN THE UNITED STATES DISTRICT COURT
## FOR THE __Middle__ DISTRICT OF TENNESSEE
### __Nashville__ DIVISION

## QUESTIONNAIRE FOR PRISONERS PROCEEDING
## PRO SE UNDER 42 U.S.C. ' 1983

David Hamilton                     )
_____,          )
_____,          )
**PLAINTIFF,**                     )
                                   )
                                   )
VS.                                )         CIVIL ACTION NO._____
                                   )
Grady Perry Warden CCA, TDOC       )
James Franks (I.A.STGCO)CCA,TDOC)  )
(Captain)Brown(Female CC, A, TDOC) )
CCA, TDOC            ,             )
**DEFENDANT (S)**                  )

---

## I. GENERAL INFORMATION

1. Your full name <u>and</u> prison number(s): David Hamilton _____

2. Name and location of prison where you are <u>now</u> confined: River Bend Maximum Security Institution 7475 Cockrill Bend Blvd Nashville,Tn 37209

3. Sentence you are now serving (how long?): 35 years

   (a) What were you convicted of? 2nd Degree Murder, Especially Agg/Rob Intro into Facility, Drugs in Schoolzone

   (b) Name and location of court which imposed sentence: Criminal Courtroom 2 Memphis At Shelby Co. Tn 38103

   (c) When was sentence imposed? 5/4/2011

   (d) Did you appeal your sentence and/or conviction?  _____Yes  √ No

   (e) What was the result of your appeal?_____
   _____

   (f) Approximate date your sentence will be completed: 2-21-2042

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with the **SAME FACTS** involved in this lawsuit or otherwise related to your imprisonment?          _____Yes  √  No

5. If your answer to question 4 is "yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH.)

    (a) Parties to the previous lawsuit:

Plaintiff(s):_____

_____

Defendant(s):_____

_____

    (b) Name of Court:_____

    (c) Docket Number:_____  When did you file this lawsuit?_____

    (d) Name of judge assigned to case: _____

    (e) Is this case still pending?          _____Yes          _____ No

    (f) If your answer to (e) is "No," when was it disposed of and what were the results?

    (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)_____

_____

_____

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Where are you <u>now</u> confined? River Bend Maximum Security Institution

    (a) How long have you been at this institution? 1 year

    (b) Does this institution have a grievance procedure?          √ Yes          ___No

    (c) If your answer to question 6(b) is "Yes," answer the following:

        (1) Did you present your complaint(s) herein to the institution as a grievance?

        √ Yes          ____ No

        (2) What was the result? 1. Denied but one WAS hendered from further Advancement do to time lapse And procedural confusion. At level 2. refer to Exibits (A) (B).

    (d) If your answer to question 6(b) is "No," explain why not:_____

(e) What, if anything, have you done to bring your complaint(s) to the attention of Prison
Officials? Give dates and places and the names of persons talked to: On 4-28-
2023 upon My Arrival I wrote Grievances, Call 9555
Sexual Assault Center, Inform Phsch Doctor, Medical, Warden Keys
Warden Pound (Filed PREA) Phsch Doctor is Claire Chestnut, Counselor Karen Cornelius

7. In what other institutions have you been confined? Give dates of entry and exit.
South Central 2011-2012 WestHigh 2012-2013 Morgan Co.
Correction 2013-2015 Northwest-2015-2016 WestHigh 2016-2017
Whiteville 2017-2012 Morgan Co. Correction 2018-2019 WestHigh
2019-2020 Southcentral 2020-2022 WestHigh 22-2023 MorganCo 2022
SouthCentral 2023 RMSI 2023

## VI. PARTIES TO THIS LAWSUIT

8. List the name and address of **each** plaintiff in this lawsuit.

David Hamilton
RMSI
7475 Cockrill Bend Blvd
Nashville, Tn 37209

9. List the full name, the official position, and the place of employment of each defendant in this
lawsuit.      (ATTACH ADDITIONAL PAGES IF NECESSARY)

Tennessee Department of Corrections (Housed Facility
During Incident) Riverbend Maximum Security

Grad Perry Warden South Central Correctional
Facility

James Franks I.A, STG Officer of
South Central Correctional Facility

Brown (Female) Captain
South Central Correctional Facility

Corrections Corporation of
America (Housed Facility During
Incident) South Central Correctional Facility

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, WHERE the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them. Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim **SEPARATELY**.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE <u>SIMPLE</u>, **CONCISE**, AND <u>**DIRECT**</u>. If the court needs additional information from you, you will be notified.

Where did the incident you are complaining about occur? That is, at what institution or institutions?

South Central Correctional Facility, Riverbend Maximum Security Facility

When do you allege this incident took place? 4-28-2023

What happened? On 4-28-23 I was summoned outside the cafeteria which was my work Area I was after stepping outside Accosted About a incident I had nothing to do with but was told I fit description After further conversation it was revealed I infact wasn't pulled out to talk because of description but because Captain Clark S.C.C.F falsely recognized me From 2 years prior in segregation At which point I tried to re-enter workplace (cafeteria) but was told by Unit Manager VanDyke place hands on wall After submitting to pat search policy/protocal I was punched/elbowed in the back of my head by Warden Grady Perry of (SouthCentral Correctional

# What Happend ?

### Statement of claim

Facility) A CorrectionsCorporation of America Facility, I confused turnt my head to recognize it was Warden GradyPerry As he still had elbow pressed into the back of my neck I Asked "what Are you doing" At which point (Female)Captain Brown Asked Warden Grady Perry "Do you want me to spray his Ass" to which he replied yes And so she did so At his behest, As the spray took Affect burning my freshly open facial scrapes Already swollen, it Also Attacked my oxygen I began running, Flailing) And pushed At people I couldn't see blinded from spray I was then tackled to ground where I was beaten on Camera infront of chowhall like A ragdoll while I layed stomach down screaming I surrender they continuously beat my Ankle bone with leg irons And once my hands were cuffed I was sprayed up my nostrill why Warden GradyPerry

yanked Me head up by My hair
Assisting Officer's while I said
"I couldn't breathe" Warden Grady
Perry Stated "your A tough guy you
can take More", I was then literally
drag to Medical taken into An
Medical Exam Room which was
Already Dark I, A/STG Officer
James Franks South Central
Correctional Facility ushered nurses
into An Office I was then pushed
into Exam room Face First into
Exam Chair immediately they
started punching Me in My Face
on either side I. A, STG Officer
James Franks yank My pants down
partially And sprayed MACE/pepper spray
between My posterior And
genital's After that Assault while
being walked up the back hallway
I. A, STG Officer Franks, James
told (Female) Captain Brown spit
on me which she did saying
"that's For Ray" refering to
A Female counselor who on

March 18, 2023 Assaulted me by throwing A radio threw A glass window busting it sending glass shard's into My Face because of her husband who is Also A Corrections Corporation of America employee A South Central Corretional Facility, She his wife WAS Allowed to walkout And Quit job without reprimand And was rehired After My Assault And transfer. After spitting on Me I WAS striped of All clothing except underwear which 20 minutes later I WAS transfered in to RiverBend Maximum Security Facility. I upon Arrival reported Assault And (PREA Assault to STG officer Spyer's who took picture's of injuries Apparently visible to Eye's At time, he then informed Me As per policy to report PREA to Charge nurse, upon her Arrival I reported sexual nature of Assault she instead

of documenting Account only
pretended to document Account
And only wrote 3 or 4 the(# As code) up And down paper. I
was then still in only underwear
was walked to SuperMax housing
placed in pod with supermax
inmate's in A punishment cell/
Hardened Cell that had human
Feces crammed into window grate
windows And All cracks And corner's
of cell, I First call the Rachel
Jackson building Sexual Assault line 4:29:23
And gave A full detail report of
incident which is still documented
in they're system I reported
cell condition's And Assault's to
Phychiatrst Claire Chestnut of
River Bend Maximum Security
Facility who documented cell
Condition's reported it And was
told I was specifically placed
in punishment cell by warden
Michael keys due to incident
At previous Facility An incident

till this day I was never
charged with period At Any
point in time which is why
After being held on SuperMAX
with no writeup For 4 months
I was released to General
Population At RiverBend
Maximum Security to the
Medium/minimum restrict
housing Area.

11. List the name and address of every person you believe was a **WITNESS** to the incident(s) you complain about, **BRIEFLY** stating what you believe each person knows from having seen or heard what happened.

(USE ADDITIONAL SHEETS, IF NECESSARY)

Tennessee Department of Correction Camera System  Unit Manager VanDyke Southcentral Correctional Facility Claire Chestnut  River Bend Maximum Security Facility, Spyers STG Co-ordinator (Riverbend Maximum Security Facility) Karen Cornelius, counselor Riverbend Maximum Security

12. **BRIEFLY** state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes.

(USE ADDITIONAL SHEETS, IF NECESSARY)

I'm seeking First An Apology From All involved Especially RiverBend Maximum Security Facility For Ignoring Sexual Assault Complaint upon Arrival #4 Million in Financial Damages For loss of All Myear's of property, Beaten

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under ' 1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. **KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT.** That mean you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT. IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE. If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure*.

Signed this MAY day of 28th , 2024 .

David Hamilton
(Signature of Plaintiff)

# Witness

South Central Correctional -
Facility Unit Manager(VanDyke)
witnessed initial Assault Carried
out or Started by GradyPerry
Warden For Correctional Corporation
of America's South Central Correctional
Facility, this which is what the
beating And Spraying incident infront
of the Cafeteria derived From
initially Also Unit Manager VanDyke
witnessed incident upon Me being
put on Transfer bus As she stood
besides I.A./STG officer James
Franks talking photos or videos
of Me, James Franks I.A./STG officer
of South Central Correctional Facility
began Cursing Me out berating
Me stating "Im going to show
everybody how you was crying
like A little bitch", this refering
to Medical Exam Room Assault/
Sexual Assault he Also stated
"I was going to be labled A
Fagot now My Muslims brother's
were'nt gonna let Me claim

Anything anymore when he got finished", to which in honesty I hurled A Few unkind words of My own towards him, Also these photo's she WAS taking during the verbal incident while he WAS beside her were turned over to TBI investigator's whom Also investigated PREA Claim reported by sexual Assault center Employee Ashley At the Rachel Jackson Building Unit Manager VanDyke of South Central Correctional Facility WAS Also present when (Female) Captain Brown of South Central Correctional Facility without justification sprayed Me with Mace/Freeze+P in Facial Area while My hand's were being crushed Along with My Face into concrete WAll by Grady Perry Warden of South Central Correctional Facility owned by Corrections Corporation of America, this After I Assumed Protocal by Policy! As to Witnesse's of the sexual.

Assault the nurses were All
ushered into 1 office before
they took Me into An All Dark
Medical Exam Room which is
why I Feel Medical wing Camera
Footage will Atteast to what
I just stated verbatum. Claire
Chestnut RiverBend Maximum
Security Facility Registered Phychiatrist
Saw Fece's cramed into window
ciel And All over Every window
on crack's of walls of room
C.105 Punishment/Hardened cell
in Unit I SuperMAX building And
she immediately took Action
to have me relocated having Already
documented (PREA Claim) but she
was unsuccessful I Also gave
her full Account of Assault

Page Continues

Sexual Assault, RiverBend Maximum
security STG Officer Spyer's took
photo's And witnessed the condition
I Arrived in on 4-28-2023 in
on gray underwear And significantly
swollen facial Area And dark
bruises All over my body he STG
Spyers of RiverBend Maximum
security Facility A Tennessee
Department of Corrections Facility
told Me After giving him A
brief Summary of Sexual Assault he
told me he didnt handle (PREA'S)
Prison Rape Elimination Act Claims
At Intake it was the Charge
nurse I had to report to, As soon
As she Arrived I immediately
told her I wanted to report A
PREA she took other general
information but didnt writedown
nor verbally report Prea when
I Asked her name For grievance
purpose's I was told it would'nt
be provided (her name) And I
didnt need name For A grievance

but the written report on 4·28·2023
entered into My institutional Medical
File written by said nurse will
prove it happend exactly the way
I stated As it pertain's to My
Attempt to report (PREA Claim)
to intake charge nurse. Also
lastly but Most (importantly) I
was hendered in My Ability to
Obtain First And last name of
Defendant's Also potential witnesses
do to the Fact I was transfered
From SouthCentralCorrectionAl
Facility A(Corrections Corparation of
America Facility) 20 minute's After
both Assault's occured this Fact is
no exageration, but it seems like
ther was A concerted effort to
bury this Fact ·4-26-2083 was
2 day's before incident occured but
the Department of Corrections
refuse to correct record eventhough
current Facility RiverBend Maximom
Security Facility A (Tennessee Department
of Corrections) Facility have been

Made Aware of incorrect record
due to grievance And intake Arrival
report's.

# Relief Sought

till what I fill till this day,
An inch within losing My life.
Also For being humiliated ~~xxxx~~
As A heterosexual Male having
My behind exposed And Sprayed
which till this day I have
PTSD do to the constant
wonder if A cellphone recording
of Sexual Assault is going to
come out do to I.A./STG Officer
James Franks of (S.C.C.F) Corrections
Corporations of America Facility
telling Me he "had Me on Camera
Crying like A little bitch" And I
wasn't going to be Accepted by
Muslim brothers Anymore, Also
For having My face permanently
scared by being bashed Face First
From behind into A concrete wall
by Warden Grady Perry of S.C.C.F
A Corrections Corporation of
America Facility, he's who iniated
Assault which I feel Made All
involved Do to Grady Perry being
head Warden of S.C.C.F emboldened

the other culprit's to go beyond
the Force needed to subdue Me
And rectify situation because
their boss was Ringleader in
not only initiating but Also
escalating A situation that was
clearly under control until he
Arrived And intervened. Lastly
For i be placed upon My Arrival
by RiverBend Maximum Security
Warden Michael Keys of Tennessee
Department Corrections, in A
Punishment cell smeared with
Fece's All over the Hardened/Punishment
Cell For Over 60 Days And being
treated As A super Max inmate For
Almost 5 months 23/1 hour
recreation, 1 30 minute call
A month And having human
waste threw on Me by Maximum
Security inmate's while I was
only Medium with zero disciplinary
For Transfer incident up until
present day 5-22-24. And If
possible sentence reduction/Correction



David Hamilton 488085
RMSI
7475 Cockrill Bend Blvd
Nashville, Tn 37209

RECEIVED

JUN 0 3 2024

RMSI MAILROOM
OUTGOING LEGAL

RECEIVED
JUN 13 2024
US DISTRICT COURT
MID DIST TENN

Office Of The Clerk
U.S. District Court
Middle Tennessee
District of Tennessee Clerk Office
801 Broadway Room 800
Nashville, Tn 37203



The Dep't of Corrections/RMSI
HAS NOT inspected nor
certified and is not
responsible for the contents

to only be
broken by
name recipient